WILLIAM W. BLAISDELL, Landlord, Respondent, *v.* STACY HARRIS, Tenant, and CLAIRE NIESEN, Undertenant, Appellant.

Supreme Court, Appellate Term, First Department, January 26, 1950.

*Joseph F. Romano* for appellant.

*Abraham D. Strauss* for respondent.

Order affirmed, with $10 costs.

Concur: HAMMER, HOFSTADTER and EDER, JJ.